**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re: AMERICAN ACADEMY OF URGENT CARE MED § Case No. 16-00362-3G7
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Gregory K. Crews, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $6.00                Assets Exempt: N/A
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $0.00    Claims Discharged
                                             Without Payment: N/A

   Total Expenses of Administration: $13,306.86

   3) Total gross receipts of $ 13,306.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,306.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 14,447.78 | 16,961.17 | 16,961.17 | 13,306.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,000.00 | 14,000.00 | 14,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 28,000.00 | 265,442.93 | 265,442.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $50,447.78 | $296,404.10 | $296,404.10 | $13,306.86 |

4) This case was originally filed under Chapter 7 on February 01, 2016. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2018          By: /s/Gregory K. Crews
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings or other financial accounts, c | 1129-000 | 2,306.86 |
| PREFERENCE | 1141-000 | 6,000.00 |
| PREFERENCE | 1141-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,306.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Gregory K. Crews | 2100-000 | N/A | 2,080.69 | 2,080.69 | 1,622.23 |
| Trustee Expenses - Gregory K. Crews | 2200-000 | N/A | 56.46 | 56.46 | 44.02 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 350.00 | 350.00 | 272.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Eugene H. Johnson, Esquire | 3210-000 | N/A | 11,043.00 | 11,043.00 | 8,609.79 |
| Other - Eugene H. Johnson, Esquire | 3220-000 | N/A | 181.63 | 181.63 | 141.61 |
| Other - Steven M. Vanderwilt, C.P.A. | 3410-000 | N/A | 1,763.50 | 1,763.50 | 1,374.93 |
| Other - Josh Shilts, CPA | 3410-000 | N/A | 1,075.00 | 1,075.00 | 838.14 |
| Other - Steven M. Vanderwilt, C.P.A. | 3420-000 | N/A | 34.65 | 34.65 | 27.02 |
| Other - International Sureties, LTD | 2300-000 | N/A | 4.68 | 4.68 | 4.68 |
| Other - International Sureties, LTD | 2300-000 | N/A | 2.72 | 2.72 | 2.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.48 | 11.48 | 11.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.05 | 13.05 | 13.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.45 | 11.45 | 11.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.01 | 13.01 | 13.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.81 | 11.81 | 11.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.40 | 11.40 | 11.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.56 | 12.56 | 12.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.76 | 11.76 | 11.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.56 | 12.56 | 12.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.97 | 10.97 | 10.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.13 | 12.13 | 12.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.94 | 10.94 | 10.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.87 | 12.87 | 12.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.69 | 11.69 | 11.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.28 | 11.28 | 11.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.82 | 12.82 | 12.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.24 | 11.24 | 11.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.39 | 12.39 | 12.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.60 | 11.60 | 11.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.52 | 12.52 | 12.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.68 | 16.68 | 16.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.36 | 17.36 | 17.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.70 | 18.70 | 18.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.05 | 18.05 | 18.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.52 | 20.52 | 20.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.00 | 18.00 | 18.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,961.17 | $16,961.17 | $13,306.86 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Martha Ritucci | 5300-000 | 8,000.00 | 8,000.00 | 8,000.00 | 0.00 |
| 2 | Franz Ritucci | 5300-000 | N/A | 6,000.00 | 6,000.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,000.00 | $14,000.00 | $14,000.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 -2 | William Janis | 7100-000 | N/A | 265,130.64 | 265,130.64 | 0.00 |
| 4 | Purcell, Flanagan, Hay & Greene, P.A. | 7100-000 | N/A | 312.29 | 312.29 | 0.00 |
| NOTFILED | American Board of Urgent | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,000.00 | $265,442.93 | $265,442.93 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-00362-3G7  
**Case Name:** AMERICAN ACADEMY OF URGENT CARE MED  

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 02/01/16 (f)  
**§341(a) Meeting Date:** 03/11/16  

**Period Ending:** 11/13/18  
**Claims Bar Date:** 06/09/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c<br>   Orig. Description: Business Checking Account at Florida Community Bank, xxxxxx0210; Imported from original petition Doc# 1 | 2,479.93 | 2,306.86 | | 2,306.86 | FA |
| 2 | Office equipment, furnishings, and supplies.<br>   Orig. Description: 2 Sony Clic Palms, Model No. 290-306030<br>S/N 3141563<br>S/N 32165248. Valuation Method:; Imported from original petition Doc# 1 | 6.00 | 0.00 | | 0.00 | FA |
| 3 | PREFERENCE<br>   Preferential payment to Franz Ritucci (Listed on SOFA question 3.2) | 9,850.00 | 6,000.00 | | 6,000.00 | FA |
| 4 | PREFERENCE<br>   Preferential transfer to Purcell, Flanagan, Hay, Greene (listed on SOFA question 3.1) | 24,999.00 | 5,000.00 | | 5,000.00 | FA |
| 4 | Assets   Totals (Excluding unknown values) | **$37,334.93** | **$13,306.86** | | **$13,306.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

   7/10/18 TFR prepared.  
   7/30/18 TFR approved.  
   7/30/18 NFR mailed to creditors.  
   8/30/18 disbursement order to court.  
   8/31/18 disbursment made.  
   9/12/18 checks mailed.  
   11/13/18 TDR to ATL UST.  

**Initial Projected Date Of Final Report (TFR):**   December 15, 2016       **Current Projected Date Of Final Report (TFR):**   July 10, 2018  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 16-00362-3G7 | | **Trustee:** | Gregory K. Crews (290900) |
| **Case Name:** | AMERICAN ACADEMY OF URGENT CARE MED | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3666 - Checking Account |
| **Taxpayer ID #:** | **-***5475 | | **Blanket Bond:** | $23,516,752.00  (per case limit) |
| **Period Ending:** | 11/13/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/16 | {1} | American Academy of Urgent Care | Funds from debtor's bank account | 1129-000 | 1,845.19 | | 1,845.19 |
| 03/21/16 | {1} | American Academy of Urgent Care | Funds from debtor's bank account | 1129-000 | 461.67 | | 2,306.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,296.86 |
| 04/22/16 | {3} | Martha Ritucci-Chinni | Payment pursuant to Notice of compromise dated 4/21/16 Doc #10 | 1141-000 | 6,000.00 | | 8,296.86 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,286.86 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.48 | 8,275.38 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 8,262.33 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.45 | 8,250.88 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.01 | 8,237.87 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.81 | 8,226.06 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.40 | 8,214.66 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.56 | 8,202.10 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.76 | 8,190.34 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.56 | 8,177.78 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.97 | 8,166.81 |
| 03/07/17 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2017 FOR CASE #16-00362-3G7, Bond Payment | 2300-000 | | 2.72 | 8,164.09 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.13 | 8,151.96 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.94 | 8,141.02 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 8,128.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.69 | 8,116.46 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.28 | 8,105.18 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.82 | 8,092.36 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 8,081.12 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.39 | 8,068.73 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.60 | 8,057.13 |
| 12/15/17 | {4} | Purcell, Flanagan, Hay & Greene, P.A. | Payment pursuant to court order dated 11/14/17 Doc #26 | 1141-000 | 2,500.00 | | 10,557.13 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.52 | 10,544.61 |
| 01/31/18 | {4} | Purcell, Flanagan, Hay & Greene, P.A. | Payment pursuant to court order dated 11/14/17 Doc #26 | 1141-000 | 2,500.00 | | 13,044.61 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.68 | 13,027.93 |
| 02/28/18 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2018 FOR CASE #16-00362-3G7, Bond Premium for term | 2300-000 | | 4.68 | 13,023.25 |

Subtotals :   $13,306.86   $283.61

{} Asset reference(s)    Printed: 11/13/2018 02:11 PM    V.14.14

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-00362-3G7  
**Case Name:** AMERICAN ACADEMY OF URGENT CARE MED  

**Taxpayer ID #:** **-***5475  
**Period Ending:** 11/13/18  

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3666 - Checking Account  
**Blanket Bond:** $23,516,752.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2/1/18 to 2/1/19 | | | | |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.36 | 13,005.89 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.70 | 12,987.19 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.05 | 12,969.14 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.52 | 12,948.62 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 12,930.62 |
| 08/31/18 | 103 | Josh Shilts, CPA | Dividend paid  77.96% on $1,075.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 838.14 | 12,092.48 |
| 08/31/18 | 104 | Steven M. Vanderwilt, C.P.A. | Dividend paid  77.96% on $1,763.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,374.93 | 10,717.55 |
| 08/31/18 | 105 | Steven M. Vanderwilt, C.P.A. | Dividend paid  77.96% on $34.65, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 27.02 | 10,690.53 |
| 08/31/18 | 106 | Eugene H. Johnson, Esquire | Dividend paid  77.96% on $11,043.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 8,609.79 | 2,080.74 |
| 08/31/18 | 107 | Eugene H. Johnson, Esquire | Dividend paid  77.96% on $181.63, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 141.61 | 1,939.13 |
| 08/31/18 | 108 | Gregory K. Crews | Dividend paid  77.96% on $2,080.69, Trustee Compensation;  Reference: | 2100-000 | | 1,622.23 | 316.90 |
| 08/31/18 | 109 | Clerk, U. S. Bankruptcy Court | Dividend paid  77.96% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 272.88 | 44.02 |
| 08/31/18 | 110 | Gregory K. Crews | Dividend paid  77.96% on $56.46, Trustee Expenses;  Reference: | 2200-000 | | 44.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,306.86 | 13,306.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,306.86 | 13,306.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,306.86** | **$13,306.86** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-00362-3G7
**Case Name:** AMERICAN ACADEMY OF URGENT CARE MED
**Taxpayer ID #:** **-***5475
**Period Ending:** 11/13/18

**Trustee:** Gregory K. Crews (290900)
**Bank Name:** Rabobank, N.A.
**Account:** ******3666 - Checking Account
**Blanket Bond:** $23,516,752.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 13,306.86 | | | | |
| | | Net Estate : | $13,306.86 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3666** | 13,306.86 | 13,306.86 | 0.00 |
| | $13,306.86 | $13,306.86 | $0.00 |

{} Asset reference(s)